RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
LAWRENCE M. HADLEY (SNB 157728)
hadleyl@hbdlawyers.com
HAZIM H. ANSARI (SBN 190601)
ansarih@hbdlawyers.com
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiffs, ALTNET, INC., BRILLIANT DIGITAL ENTERTAINMENT, INC. and KINETECH, INC.

CHARLES S. BAKER (Pro Hac Vice)
cbaker@porterhedges.com
ERIC D. WADE (Pro Hac Vice)
ewade@porterhedges.com
PORTER & HEDGES, L.L.P.
1000 Main Street, 36th Floor
Houston, Texas 77002-6336
(713) 226-6000 - Telephone
(713) 226-6276 - Facsimile

Attorneys for Defendant, LIME WIRE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINETECH, INC., ALTNET, INC., and BRILLIANT DIGITAL ENTERTAINMENT, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE LIME GROUP, INC., AND LIME WIRE LLC<br><br>Defendants. | Case No. CV 07-06161 VBF (PLAx)<br><br>**STIPULATION AND PROPOSED ORDER TO (1) AMEND THE COMPLAINT, (2) AMEND PRETRIAL SCHEDULE, AND (3) WITHDRAW MOTION TO STAY**<br><br>Judge: Hon. Valerie Baker Fairbank |

The parties to the above-entitled action, Plaintiffs Kinetech, Inc., Altnet, Inc., and Brilliant Digital Entertainment, Inc., (collectively "Plaintiffs"), on the one hand, and Lime Wire LLC ("Defendant") on the other hand, hereby stipulate and agree as follows:

1.  Plaintiffs' proposed amended complaint, attached hereto as Exhibit 1, which adds infringement allegations as to two additional patents (U.S. Patent 5,978,791 and U.S. Patent 6,415,280) shall be deemed filed.

2.  Lime Wire withdraws its Motion to Stay Litigation Pending Reexamination of Patent.

3.  As set forth in the chart below, the pretrial and trial dates shall be extended for approximate six months to allow for the inclusion of the '791 and '280 Patents in this case:

| **Matter** | **Current Date** | **New Date** |
| --- | --- | --- |
| Defendant to answer or otherwise respond to First Amended Complaint | N/A | September 29, 2008 |
| Plaintiffs to answer or otherwise respond to any counterclaims to First Amended Complaint | N/A | October 13, 2008 |
| Supplement Exchange of Rule 26(a)(1) Initial Disclosures and Exchange of initial | Complete | November 17, 2008 |

| Matter | Current Date | New Date |
|---|---|---|
| documents under Rule 26(a)(1)(A) | | |
| Plaintiffs' Provide List of Asserted Claims and Infringement Chart for Each Asserted Claim | Complete | January 16, 2009 |
| Defendant Provides List of Alleged Invalidating Prior Art, and for Each Alleged Reference, a Claim Chart. Defendant also Provides any Section 112 Invalidity Contentions and Discloses any Opinions of Counsel Upon Which it Intends to Rely | | February 27, 2009 |
| Exchange proposed terms and claim elements and preliminary claim constructions | October 3, 2008 | April 3, 2009 |
| Meet and confer | October 17, 2008 | April 17, 2009 |

3

CASE NO: CV 07-06161 VBF (PLAx)  STIPULATION

| Matter | Current Date | New Date |
|---|---|---|
| regarding tutorial and identification of 10 terms for construction | | |
| File joint claim construction and pre-hearing statement | October 27, 2008 | May 5, 2009 |
| Last day to complete ADR Pilot Program | October 27, 2008 | May 5, 2009 |
| Plaintiffs file claim construction brief | November 17, 2008 | May 18, 2009 |
| Defendant files responsive claim construction brief | December 15, 2009 | June 15, 2009 |
| Plaintiffs file reply brief re claim construction | December 22, 2008 | June 22, 2009 |
| Claim Construction hearing | January 12, 2009 (1:30 p.m.) | July 13, 2009 (1:30 p.m.) |
| Fact Discovery Cut-Off | January 30, 2009 | July 31, 2009 |
| Exchange Initial Expert Reports | February 6, 2009 | August 7, 2009 |
| Exchange Rebuttal | March 6, 2009 | September 11, 2009 |

| Matter | Current Date | New Date |
|---|---|---|
| Expert Reports Expert Discovery Cut-Off | March 27, 2009 | October 2, 2009 |
| Last Day for Filing Motions | April 6, 2009 | October 12, 2009 |
| Last Day for Hearing Motions | April 27, 2009 | November 16, 2009 |
| Final Pretrial Conference and Deadline for Pretrial Filings | May 26, 2009 | December 14, 2009 |
| Trial | June 29, 2009 | January 18, 2010 |

So Stipulated:

DATED: September 8, 2008

HENNIGAN, BENNETT & DORMAN LLP

By _____
Lawrence M. Hadley

Attorneys for Plaintiffs,
KINETECH, INC., ALTNET, INC., and BRILLIANT DIGITAL ENTERTAINMENT, INC.

| | |
|---|---|
| DATED: September 8, 2008 | PORTER & HEDGES LLP<br><br>By _____<br>　　　Charles S. Baker<br><br>Attorneys for Defendant LIME WIRE LLC |