**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KINETECH, INC., ALTNET, INC., and BRILLIANT DIGITAL ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LIME GROUP, INC., and LIME WIRE LLC,<br><br>Defendants. | Case No. CV 07-06161 VBF (PLAx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LIME WIRE LLC** |

# ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal by and among plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., Kinetech, Inc., and defendant Lime Wire LLC,

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-captioned action are dismissed with prejudice as to defendant Lime Wire LLC; and each party shall bear its own costs, expenses, and attorneys' fees. The dismissal shall be subject to Plaintiffs' right to allege infringement of the patents-in-suit against Lime Wire LLC as provided in the Settlement and License Agreement.

SO ORDERED.

DATED: March 4, 2009

_____
UNITED STATES DISTRICT JUDGE

2

CASE NO. CV 07-06161-VBF PLAx
ORDER OF DISMISSAL WITH PREJUDICE