**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KINETECH, INC., ALTNET, INC., and BRILLIANT DIGITAL ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LIME GROUP, INC., and LIME WIRE LLC,<br><br>Defendants. | Case No. CV 07-06161 VBF (PLAx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LIME WIRE LLC** |

## **ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal by and among plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., Kinetech, Inc., and defendant Lime Wire LLC,

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-captioned action are dismissed with prejudice as to defendant Lime Wire LLC; and each party shall bear its own costs, expenses, and attorneys' fees. The dismissal shall be subject to Plaintiffs' right to allege infringement of the patents-in-suit against Lime Wire LLC as provided in the Settlement and License Agreement.

SO ORDERED.

DATED: March 4, 2009

*/s/ Valerie Baker Fairbank*
_____
UNITED STATES DISTRICT JUDGE